IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FRANKENMUTH MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:20-cv-DRL-MGG ) |
| FUN F/X II, INC., and CAO ENTERPRISES II, LLC, | ) ) ) |
| Defendant. | ) |

**AMENDED REPORT OF MEDIATION**

This case was mediated on March 19, 2021, and a settlement was ***not*** reached.

NORRIS CHOPLIN SCHROEDER LLP

*/s/Peter A. Schroeder*
Peter A. Schroeder (#1587-49)
Mediator

NORRIS CHOPLIN SCHROEDER LLP
101 West Ohio Street / Ninth Floor
Indianapolis, IN 46204-4213
317-269-9330; Fax: 317-269-9338

-FILED-

MAR 3 1 2021

At_____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed on March 29th, 2021, to:

| | |
|---|---|
| Brad Moyer | Edward Eshoo, Jr. |
| PLUNKETT COONEY | MERLIN LAW GROUP |
| 300 N. Meridian, Suite 990 | 181 West Madison, Suite 3475 |
| Indianapolis, IN 46204 | Chicago, IL 60602 |

/s/Peter A. Schroeder
Peter A. Schroeder