UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| FRANKENMUTH MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 3:20-cv-76-DRL-MGG |
| FUN F/X II, INC. and CAO ENTERPRISES II, LLC, | ) ) ) ) | |
| Defendants. | ) | |

**JOINT NOTICE THAT PLAINTIFF'S MOTION TO ENLARGE SCHEDULING ORDER FOR DISCLOSURE OF REBUTTAL EXPERT WITNESS IS PROCEDURALLY UNOPPOSED, WITH DEFENDANTS' EXPRESS  RESERVATION OF RIGHTS TO OBJECT TO RELEVANCE AND <u>ADMISSIBILITY OF REBUTTAL EXPERT RICHARD GUIDER'S DISCLOSED OPINIONS</u>**

Plaintiff Frankenmuth Mutual Insurance Company ("FMIC") and Defendants FUN F/X II, Inc. and CAO Enterprises II, LLC ("Defendants") (collectively the "Parties") submit this joint notice to inform the Court that FMIC's Motion to Enlarge the Scheduling Order for Rebuttal Expert Disclosures (Doc. No. 28) is unopposed procedurally by Defendants. Defendants reserve all rights to object to the relevance and admissibility of FMIC's disclosed rebuttal witness and report. For this reason, further briefing on FMIC's motion to enlarge will not be forthcoming by the Parties' agreement.

Date:   April 9, 2021.

Respectfully submitted by:

| | |
|---|---|
| /s/  Bradford S. Moyer | /s/  Edward Eshoo, Jr. |
| Bradford S. Moyer | Edward Eshoo, Jr. |
| John F. Sullivan (PHV) | Christina M. Phillips |
| Pamela Paige | Counsel for Defendants |
| Counsel for Plaintiff | Merlin Law Group |
| Plunkett Cooney | 181 W. Madison Street, Suite 3475 |

| | |
|---|---|
| 300 N. Meridian Street, Suite 990 | Chicago, Illinois 60602 |
| Indianapolis, Indiana 46204 | Telephone: (312) 260-0806 |
| Telephone: (317) 974-5744 | Facsimile: (312) 260-0808 |
| Facsimile: (317) 964-2744 | eeshoo@merlinlawgroup.com |
| bmoyer@plunkettcooney.com | cphillips@merlinlawgroup.com |
| ppaige@plunkettcooney.com | |

Open.03190.93584.26186118-1