UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FRANKENMUTH MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 3:20-cv-76-DRL-MGG<br>) |
| FUN F/X II, INC. and CAO ENTERPRISES II, LLC, | )<br>)<br>) |
| Defendants. | ) |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(a), Defendants, Fun F/X II, Inc. and CAO Enterprises II, LLC (collectively "Fun F/X"), by their undersigned attorneys, move for partial judgment in their favor and against Plaintiff, Frankenmuth Mutual Insurance Company ("Frankenmuth"), on count I of its complaint, on Fun F/X's first and second affirmative defenses to the complaint, and on Frankenmuth's affirmative defenses nos. 4 through 8 to Fun F/X's counterclaim. In support, and as grounds for this motion, Fun F/X states:

1. This property insurance coverage dispute arises out of a July 26, 2019 fire that damaged Fun F/X's warehouse in South Bend, Indiana ("the Building").

2. Frankenmuth, who insured the Building at the time of the fire, instituted this action seeking a declaration of no coverage based on a Protective Safeguards Endorsement ("PSE") to the insurance policy.

3. The PSE has two distinct provisions: a condition and an exclusion.

4. The PSE states that, "[a]s a condition of this insurance, [Fun F/X is] required to maintain the protective devices or services listed in the Schedule above" ("the PSE condition").

1

5. The PSE also states that "[Frankenmuth] will not pay for loss or damage caused by or resulting from fire if, prior to the fire, [Fun F/X]: 1. Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify [Frankenmuth] of that fact; or 2. Failed to maintain any protective safeguard listed in the Schedule above, and over which [Fun F/X] had control, in complete working order" ("the PSE exclusion").

6. The only protective device or service referenced in the Schedule applicable to the Building was "P-1", identified as an "Automatic Sprinkler System, including related supervisory services" ("automatic sprinkler system").

7. Frankenmuth alleges in its complaint that Fun F/X failed to maintain an automatic sprinkler system and thus seeks a declaration of no coverage based on this purported breach of the PSE condition.

8. Frankenmuth also seeks a declaration of no coverage based on the PSE exclusion. Frankenmuth alleges in its complaint that Fun F/X (a) knew of a suspension or impairment in the automatic sprinkler system and failed to notify it of that fact and/or (b) failed to maintain the automatic sprinkler system, and over which they had control, in complete working order.

9. As explained in the accompanying memorandum, the PSE is not a bar to coverage for the fire loss. First, Fun F/X substantially complied with the PSE condition to maintain an automatic sprinkler system as that term is defined in the PSE. Second, the PSE exclusion is not applicable in this case because (a) there was no suspension or impairment in an automatic sprinkler system" as defined in the PSE of which Fun F/X had knowledge of and (b) Fun F/X maintained an automatic sprinkler system within the meaning of the PSE, over which it had control, in complete working order.

Wherefore, Defendants, Fun F/X II, Inc. and CAO Enterprises II, LLC, pray that this Court enter partial summary judgment in their favor and against Plaintiff, Frankenmuth Mutual Insurance Company, on count I of the complaint and the issue whether the PSE is a bar to coverage for the July 26, 2019 fire, on Fun F/X's first and second affirmative defenses to the complaint, and on Frankenmuth's affirmative defenses nos. 4 through 8 to Fun F/X's counterclaim.

/s/ Edward Eshoo, Jr
Edward Eshoo, Jr.
Christina M. Phillips
Merlin Law Group
181 West Madison, Suite 3475
Chicago, Illinois 60602
Telephone: (312) 260-0806
Facsimile: (312) 260-0808
eeshoo@merlinlawgroup.com
cphillips@merlinlawgroup.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 30th day of November, 2021, a true and correct copy of the foregoing document was served upon the below counsel of record via the Court's electronic filing system:

Bradford S. Moyer
John F. Sullivan
PLUNKETT COONEY
300 N. Meridian Street, Suite 990
Indianapolis, Indiana 46204

                                                  /s/ Edward Eshoo, Jr
                                                  Edward Eshoo, Jr.
                                                  Christina M. Phillips
                                                 Merlin Law Group
                                                 181 West Madison, Suite 3475
                                                 Chicago, Illinois 60602
                                                 Telephone: (312) 260-0806
                                                 Facsimile: (312) 260-0808
                                                 eeshoo@merlinlawgroup.com
                                                 cphillips@merlinlawgroup.com
                                                 *Attorneys for Defendants*