AO 450 (Rev. 11/11) Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| FRANKENMUTH MUTUAL INSURANCE COMPANY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:20cv76 |
| FUN F/X II, INC.; CAO ENTERPRISES II, LLC | ) |
| *Defendant* | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** other: The court GRANTS summary judgment in favor of Frankenmuth Mutual Insurance Company.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge  Damon R. Leichty  on a motion for  summary judgment.

Date: Apr 29, 2022

CLERK OF COURT

/s/ D. Kirkwood

*Signature of Clerk or Deputy Clerk*