UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| FRANKENMUTH MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:20-cv-76-DRL-MGG |
| vs. | ) ) ) | Hon. Damon R. Leichty |
| FUN F/X II, INC. and CAO ENTERPRISES II, LLC, | ) ) ) | Hon. Michael G. Gotsch |
| Defendants, | ) ) | |
| FUN F/X II, INC. and CAO ENTERPRISES II, LLC, | ) ) ) ) | |
| Counterclaim-Plaintiffs, | ) ) | |
| FRANKENMUTH MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Counterclaim-Defendant. | ) | |

**PLAINTIFF'S  VERIFIED STATEMENT OF COSTS AND DISBURSEMENTS PURSUANT TO THE COURT'S ORDER AND OPINION GRANTING SUMMARY JUDGMENT FOR FRANKENMUTH MUTUAL INSURANCE COMPANY**

Pursuant to Fed. R. Civ. P. 56(d), and the Court's Opinion and Order Granting Summary Judgment for Frankenmuth Mutual Insurance Company [ECF 63], and Entry of Judgment in its favor [ECF 64], Plaintiff Frankenmuth Mutual Insurance Company respectfully submits the following list of costs and disbursements to be taxed in this action on behalf of Plaintiff pursuant to Fed. R. Civ. 56(d).

| DATE | DESCRIPTION | RATE |
|---|---|---|
| 1/24/2020 | FILING FEE TO FILE COMPLAINT FOR DECLARATORY JUDGMENT IN UNITED STATES DISTRICT COURT, NORTHERN DISTRICT. | $400.00 |
| 2/12/2020 | FEE FOR PROCESS SERVER -  ABC LEGAL SERVICES, LLC; INVOICE#: TPL-2020019518 | $58.50 |
| 2/12/2020 | FEE FOR PROCESS SERVER. 03190.93584 -  ABC LEGAL SERVICES, LLC; INVOICE#: TPL-2020019517; | $111.80 |
| 3/10/2020 | PERSONAL PROCESS SERVER TO SERVE COMPLAINT - ABC LEGAL SERVICES, LLC; INVOICE#: TPL-2020027945 | $88.00 |
| 3/10/2020 | PERSONAL PROCESS SERVER TO SERVE COMPLAINT  - ABC LEGAL SERVICES, LLC; INVOICE#: TPL-2020027946 | $88.00 |
| 3/26/2020 | STEWART RICHARDSON DEPOSITION SERVICES, i.e. EXAMINATION UNDER OATH OF VICTOR CAO | $603.36 |
| 9/9/2020 | PREPAYMENT FOR CD WITH RECORDS FROM FIRE/EMS | $36.00 |
| 10/14/2020 | FEE FOR PROCURING GOOD STANDING CERTIFICATE FROM IL S CT FOR PRO HAC VICE APPLICATION, i.e. JOHN SULLIVAN | $16.00 |
| 10/23/2020 | PRO HAC VICE APPLICATION FEE TO USDC NORTHERN DISTRICT OF INDIANA IN FRANKENMUTH MUTUAL INSURANCE COMPANY INSURANCE COVERAGE CASE | $96.00 |
| 3/3/2021 | DEPOSITION TRANSCRIPT OF M. BUTTS - PLANET DEPOS, LLC – INVOICE #387768 | $702.55 |
| 4/23/2021 | DEPOSITION TRANSCRIPT OF H. LOVE - PLANET DEPOS, LLC – INVOICE #400281 | $394.85 |

| 6/4/2021 | PAYMENT TO INDIANA SUPREME COURT RE: TEMPORARY ADMISSION FEE FOR PRO HAC VICE | $180.00 |
|---|---|---|
| 8/24/2021 | DEPOSITION TRANSCRIPT OF S. HORVATH - ASSOCIATED REPORTING, INC.; INVOICE#: 116098 | $236.51 |
| 10/13/2021 | DEPOSITION TRANSCRIPT OF B. BUMPUS  - ESQUIRE DEPOSITION SOLUTIONS, LLC; INVOICE#: INV2033252 | $733.10 |
| 10/13/2021 | DEPOSITION TRANSCRIPT OF R. KRIZMANICH - ESQUIRE DEPOSITION SOLUTIONS, LLC; INVOICE#: INV2033259 | $576.15 |
| 10/29/2021 | VIDEO CHARGE FOR DEPOSITION OF B. BUMPUS - ESQUIRE DEPOSITION SOLUTIONS, LLC; INVOICE#: INV2046114 | $358.00 |
| 10/29/2021 | VIDEO CHARGE FOR DEPOSITION OF R. KRIZMANICH - ESQUIRE DEPOSITION SOLUTIONS, LLC; INVOICE#: INV2046117 | $305.00 |
| 11/9/2021 | DEPOSITION OF V. CAO- VIDEOGRAPHER - ESQUIRE DEPOSITION SOLUTIONS, LLC; INVOICE#: INV2054160 | $625.00 |
| 11/9/2021 | DEPOSITION OF  V. CAO - ESQUIRE DEPOSITION SOLUTIONS, LLC; INVOICE#: INV2054105 | $2,002.28 |
| 11/17/2021 | DEPOSITION OF V. CAO, VOL II. – STEWART RICHARDSON DEPOSITION SERVICES; INVOICE#: 254862 | $1,050.53 |
| 11/23/2021 | VIDEOGRAPHER FOR DEPOSITION OF V. CAO, VOL II. -  STEWART RICHARDSON DEPOSITION SERVICES; INVOICE#: 255100 | $306.25 |
| | | **$8,967.88** |

Copies of supporting invoices are attached hereto as Exhibit A.

Respectfully submitted,

 **PLUNKETT COONEY**

*/s/ Bradford S. Moyer*
Bradford S. Moyer (#25964-49)
John F. Sullivan (P.H.V)
PLUNKETT COONEY
201 North Illinois Street
South Tower, Suite 16
Indianapolis, Indiana 46204
317.964.2738
317.964.2744 (fax)
bmoyer@plunkettcooney.com

Dated: May 5, 2022

## VERIFICATION

State of Michigan

             ss

County of Kent

       The undersigned Affiant, having been duly sworn, deposes and says that he is counsel of record for Plaintiff; that Affiant verifies that each item of cost or disbursement claimed above is correct and has been necessarily incurred; the services for which fees are charged were actually performed; and that if sworn, Affiant can competently testify to the facts set forth in this affidavit.

Bradford S. Moyer, Affiant

Subscribed and sworn to before me
This 5th day of May, 2022

Notary Public, State of Michigan,
County of _Kent_, My Commission
Expires _11-18-2022_

Open.03190.93584.28777609-1

5

# *EXHIBIT A*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/24/2020 | | | | PLUNKETT & COONEY, P.C. | | | Report: DBPND |
| 4:06 PM | | | | Pending Disbursements Edit List | | | Rpn'd By: milleran |
| | | | Session: 68181 to 68181 | Date: 1/24/2020 to 1/24/2020 | | | Currency: XXX |

**Session: 68181**

| Disb ID/ | Client/ | | Tkpr/ | Disb Type/ | | Quantity/ | Tran Date/ | Base Amt/ |
|---|---|---|---|---|---|---|---|---|
| Status | Matter | | Tkpr on Bill/ | Office/ | | Ref/ | Post Date/ | Tobiil Amt |
| | | Cost Code/ | Auth Tkpr | Source | | Project | Hold Date | |
| | | Narrative | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4483343 | 03190 | Frankenmuth Mutual Insurance C | Miller, Anita | Hard | | 1.00 | 1/24/2020 | $400.00 |
| Not Posted | 93584 | Fun FX Inc. | Moyer, Bradford | IN | Indianapolis, IN | | | $400.00 |
| | | | | CDN | New Client Disburseme | | | |
| | | E112 | Mandatory Court fees | | | | | |

Narrative Text : Filing fee to file Complaint for Declaratory Judgment in United States District Court, Northern District.

| | | |
|---|---|---|
| Session 68181 Totals | | $400.00 |
| | | $400.00 |
| Report Total: | | $400.00 |
| | | $400.00 |

Start Time: 4:06 PM
End Time: 4:06 PM

| | | | | | | |
|---|---|---|---|---|---|---|
| Session: | 68181 | 2020-01-24 | Page: 1 | R | 0 | MA |

**Miller, Anita**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Friday, January 24, 2020 1:35 PM |
| **To:** | Moyer, Bradford; Miller, Anita |
| **Subject:** | Pay.gov Payment Confirmation: INND CM ECF |

[EXTERNAL]

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Jackie Lantz at (260) 423-3219.

Application Name: INND CM ECF
Pay.gov Tracking ID: 26N2BVU0
Agency Tracking ID: 0755-4125784
Transaction Type: Sale
Transaction Date: Jan 24, 2020 1:35:23 PM

Account Holder Name: Plunkett Cooney, P.C.
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************1275

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.



## INVOICE

Invoice #TPL-2020019518
2/12/2020



**Send Payments To:**
**TSI Legal * An ABC Legal Company**
**P.O. Box 173019**
**Tampa, FL 33672**
**Phone: (813) 282-0074**
**Fax: (813) 258-8825**
**84-2147344**

Plunkett Cooney - Michigan
38505 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304

Reference Number: Frankenmuth vs. Fun F/X II Inc, et al.
Your Contact: Anita Miller
**Case Number: Northern 3:20-CV-76**

Plaintiff:
**FRANKENMUTH MUTUAL INSURANCE COMPANY**

Defendant:
**FUN F/X II, INC. and CAO ENTERPRISES II, LLC**

Received: 2/6/2020   Non-Served: 2/12/2020  IN - N/S -DILIGENT
To be served on: CAO ENTERPRISES II, LLC c/o Victor Cao, Registered Agent

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Additional Affidavit Fee | 1.00 | 35.00 | 35.00 |
| Printing Fee | 119.00 | 0.20 | 23.80 |
| Skip Trace Sales Tax | 1.00 | 8.50% | 0.00 |
| TOTAL CHARGED: | | | $58.80 |
| **BALANCE DUE:** | | | **$58.80** |

Important announcement: TSI has merged with ABC Legal to combine the top-notch customer service you love with the latest in legal service technology! Coming your way soon, you'll experience a one-stop website for placing orders, real time service updates, customer support chat and more!

Please make checks payable to: ABC Legal Services, LLC and enclose a copy of this invoice or reference number.  Mail checks to: PO Box 173019 Tampa, FL 33672

"Client understands that the services rendered are contractual in nature and that client, irrespective of who the services were rendered for, is responsible for payment of this invoice.  Client shall be defined as the organization requesting TSI services irrespective of whether the person requesting TSI services leaves client."

Page 1 / 1



## **INVOICE**

Invoice #TPL-2020019517
2/12/2020



**Send Payments To:**
**TSI Legal * An ABC Legal Company**
**P.O. Box 173019**
**Tampa, FL 33672**
**Phone: (813) 282-0074**
**Fax: (813) 258-8825**
**84-2147344**

Plunkett Cooney - Michigan
38505 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304

Reference Number: Frankenmuth vs. Fun F/X II Inc, et al.
Your Contact: Anita Miller
**Case Number: Northern 3:20-CV-76**

Plaintiff:
**FRANKENMUTH MUTUAL INSURANCE COMPANY**

Defendant:
**FUN F/X II, INC. and CAO ENTERPRISES II, LLC**

Received: 2/6/2020   Non-Served: 2/12/2020  IN - N/S -DILIGENT
To be served on: FUN F/X II, INC. c/o Victor Cao, Registered Agent

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Statewide (Area 2) Service Fee | 1.00 | 88.00 | 88.00 |
| Printing Fee | 119.00 | 0.20 | 23.80 |
| Skip Trace Sales Tax | 1.00 | 8.50% | 0.00 |
| TOTAL CHARGED: | | | $111.80 |

| | |
|---|---|
| **BALANCE DUE:** | **$111.80** |

Important announcement: TSI has merged with ABC Legal to combine the top-notch customer service you love with the latest in legal service technology! Coming your way soon, you'll experience a one-stop website for placing orders, real time service updates, customer support chat and more!

Please make checks payable to: ABC Legal Services, LLC and enclose a copy of this invoice or reference number.  Mail checks to: PO Box 173019 Tampa, FL 33672

"Client understands that the services rendered are contractual in nature and that client, irrespective of who the services were rendered for, is responsible for payment of this invoice.  Client shall be defined as the organization requesting TSI services irrespective of whether the person requesting TSI services leaves client."

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1e



**INVOICE**

Invoice #TPL-2020027945
3/10/2020



**Send Payments To:**
**TSI Legal * An ABC Legal Company**
**P.O. Box 173019**
**Tampa, FL 33672**
**Phone: (813) 282-0074**
**Fax: (813) 258-8825**
**84-2147344**

Plunkett Cooney - Michigan
38505 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304

Reference Number: Frankenmuth vs. Fun F/X II Inc, et al.
Your Contact: Anita Miller
**Case Number: Northern 3:20-CV-76**

Plaintiff:
**FRANKENMUTH MUTUAL INSURANCE COMPANY**

Defendant:
**FUN F/X II, INC. and CAO ENTERPRISES II, LLC**

Received: 2/22/2020   Served: 3/9/2020 10:35 am  IN - CORPORATE
To be served on: FUN F/X II, INC. c/o Victor Cao, Registered Agent

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Statewide (Area 2) Service Fee | 1.00 | 88.00 | 88.00 |
| Skip Trace Sales Tax | 1.00 | 8.50% | 0.00 |
| TOTAL CHARGED: | | | $88.00 |

**BALANCE DUE:** **$88.00**

Important announcement: TSI has merged with ABC Legal to combine the top-notch customer service you love with the latest in legal service technology! Coming your way soon, you'll experience a one-stop website for placing orders, real time service updates, customer support chat and more!

Please make checks payable to: ABC Legal Services, LLC and enclose a copy of this invoice or reference number.  Mail checks to: PO Box 173019 Tampa, FL 33672

"Client understands that the services rendered are contractual in nature and that client, irrespective of who the services were rendered for, is responsible for payment of this invoice.  Client shall be defined as the organization requesting TSI services irrespective of whether the person requesting TSI services leaves client."



**INVOICE**

Invoice #TPL-2020027946
3/10/2020



**Send Payments To:**
**TSI Legal * An ABC Legal Company**
**P.O. Box 173019**
**Tampa, FL 33672**
**Phone: (813) 282-0074**
**Fax: (813) 258-8825**
**84-2147344**

Plunkett Cooney - Michigan
38505 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304

Reference Number: Frankenmuth vs. Fun F/X II Inc, et al.
Your Contact: Anita Miller
**Case Number: Northern 3:20-CV-76**

Plaintiff:
**FRANKENMUTH MUTUAL INSURANCE COMPANY**

Defendant:
**FUN F/X II, INC. and CAO ENTERPRISES II, LLC**

Received: 2/22/2020   Served: 3/9/2020 10:35 am  IN - CORPORATE
To be served on: CAO ENTERPRISES II, LLC c/o Victor Cao, Registered Agent

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Statewide (Area 2) Service Fee | 1.00 | 88.00 | 88.00 |
| Skip Trace Sales Tax | 1.00 | 8.50% | 0.00 |
| TOTAL CHARGED: | | | $88.00 |

**BALANCE DUE:** | | | **$88.00**

Important announcement: TSI has merged with ABC Legal to combine the top-notch customer service you love with the latest in legal service technology! Coming your way soon, you'll experience a one-stop website for placing orders, real time service updates, customer support chat and more!

Please make checks payable to: ABC Legal Services, LLC and enclose a copy of this invoice or reference number.  Mail checks to: PO Box 173019 Tampa, FL 33672

"Client understands that the services rendered are contractual in nature and that client, irrespective of who the services were rendered for, is responsible for payment of this invoice.  Client shall be defined as the organization requesting TSI services irrespective of whether the person requesting TSI services leaves client."

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1e



# STATEMENT

| Account No. | Date |
|---|---|
| C36390 | 3/26/2020 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $0.00 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $603.36 | $0.00 | **$603.36** |

Bradford S. Moyer
PLUNKETT COONEY, P.C.
300 North Meridian Street
Suite 990
Indianapolis IN  46204

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 12/13/2019 | 230069 | 603.36 | 11/20/2019 | Victor Cao | Examination Under Oath of Victor Cao |

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Bradford S. Moyer
PLUNKETT COONEY, P.C.
300 North Meridian Street
Suite 990
Indianapolis IN  46204

| | | |
|---|---|---|
| Account No. | : | C36390 |
| Date | : | 3/26/2020 |
| **Total Due** | : | **$603.36** |

**PAYMENT WITH CREDIT CARD**   AMEX MasterCard VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **STEWART RICHARDSON DEPOSITION
SERVICES
One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis IN  46204**

FIRE/EMS
1222 S MICHIGAN ST
SOUTH BEND, IN 46601
09/09/2020

CREDIT CARD

VISA SALE

|  | XXXXXXXXXXXX1275 |
|---|---|
| Card # | 11 |
| SEQ #: | 1239 |
| Batch #: | 11 |
| INVOICE | 094149 |
| Approval Code: | Manual |
| Entry Method: | Online |
| Mode: | $0.00 |
| Tax Amount: |  |
| Cust Code: | YYY |
| Avs Code: | M |
| Card Code: |  |

SALE AMOUNT          $36.00

CUSTOMER COPY

**Sullivan, John**

| | |
|---|---|
| **From:** | noreply@ncr.com |
| **Sent:** | Wednesday, October 14, 2020 3:08 PM |
| **To:** | Sullivan, John |
| **Subject:** | Payment Receipt |

**[EXTERNAL]**

### Illinois: Supreme Court Clerk's Office
#### Payment Receipt

### Thank You for Your Payment

Please save this Confirmation Number for your personal records.

**Customer Name**

John F. Sullivan

**Effective Date**

10/14/2020 3:07 PM Central Standard Time

**Confirmation Number**

20004355

| Payment Method | Amount |
|---|---|
| Visa****3373 | $16.00 |

| Payment | Item |
|---|---|
| Certificate of Good Standing Fees | $15.00 |
| **Transaction Fee:** | **$1.00** |
| **Total Amount Paid:** | **$16.00** |

## Payment Details

Certificate of Good Standing Fees
Last Name of Attorney: Sullivan - Zip Code: 60601 - First Name of Attorney: John - Middle Name of Attorney: F - IL Attorney Registration #: 6205900 - Date of Admission: 11/1/1962 - Currently Licensed as Foreign Legal Consultant: No, I am not licensed as a Foreign Legal Consultant. - Currently Licensed as House Counsel for Corporate Employer: No, I am not Licensed as a House Counsel for a Corporate Employer. - John F. Sullivan - $15.00

A Transaction Fee has been included in the total amount paid for this transaction.

1

**Webster, Kimberly**

| | |
|---|---|
| **From:** | CMECFinnd@innd.uscourts.gov |
| **Sent:** | Friday, October 23, 2020 11:40 AM |
| **To:** | CMECFinnd@innd.uscourts.gov |
| **Subject:** | Activity in Case 3:20-cv-00076-DRL-MGG Frankenmuth Mutual Insurance Company v. Fun F/X II, Inc.  et al Application to Appear Pro Hac Vice |

[EXTERNAL]

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court Northern District of Indiana [LIVE]**

**USDC Northern Indiana**

## Notice of Electronic Filing

The following transaction was entered by Pro Hac Vice Temporary login, on 10/23/2020 at 11:39 AM EST and filed on 10/23/2020

| | |
|---|---|
| **Case Name:** | Frankenmuth Mutual Insurance Company v. Fun F/X II, Inc. et al |
| **Case Number:** | 3:20-cv-00076-DRL-MGG |
| **Filer:** | |
| **Document Number:** | 24 |

**Docket Text:**
**Application for Attorney John F. Sullivan to Appear Pro Hac Vice on behalf of Frankenmuth Mutual Insurance Company. Pro Hac Vice fee of $ 96 has been received, receipt number 0755-4379193(Pro Hac Vice Temporary login, )**

**3:20-cv-00076-DRL-MGG Notice has been electronically mailed to:**

Bradford S Moyer    bmoyer@plunkettcooney.com, AMiller@plunkettcooney.com

Christina M Phillips    cphillips@merlinlawgroup.com, ileservice@merlinlawgroup.com

Edward Eshoo , Jr    eeshoo@merlinlawgroup.com, ileservice@merlinlawgroup.com

Pamela A Paige    ppaige@plunkettcooney.com, amiller@plunkettcooney.com

**3:20-cv-00076-DRL-MGG Notice has been delivered by U.S. Mail or other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047496160 [Date=10/23/2020] [FileNumber=4264392-
0] [7172d898b5e05567ccb4abf5daee2a34b947181d989ccc452ef597adeb7c6beb38
cc972a9ba43648a3e5df24314d6e98e34d305ac4ce6a4cb636f354bffa6258]]



# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 387768 | 3/3/2021 | 346958 |
| **Job Date** | **Case No.** | |
| 2/11/2021 | 3:20-cv-76-DRL-MGG | |
| **Case Name** | | |
| Frankenmuth Mutual Insurance Company -v- Fun F/X II, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John Sullivan, Esquire
Plunkett Cooney, P.C.
221 N. LaSalle St.
Suite 1550
Chicago, IL 60601

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Marlene E. Butts - exhibits | 183.00 | Pages | 558.15 |
| Exhibits | 261.00 | Pages | 104.40 |
| Processing Fee | 1.00 | | 40.00 |
| | **TOTAL DUE  >>>** | | **$702.55** |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289     Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

John Sullivan, Esquire
Plunkett Cooney, P.C.
221 N. LaSalle St.
Suite 1550
Chicago, IL 60601

Invoice No.    : 387768
Invoice Date  : 3/3/2021
**Total Due**    : **$702.55**

Remit To:  **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No.       : 346958
BU ID         : 29-CHI-R
Case No.      : 3:20-cv-76-DRL-MGG
Case Name    : Frankenmuth Mutual Insurance Company -v
               - Fun F/X II, Inc., et al.



# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 400281 | 4/23/2021 | 357022 |
| Job Date | Case No. | |
| 3/16/2021 | 3:20-cv-76-DRL-MGG | |
| Case Name | | |
| Frankenmuth Mutual Insurance Company -v- Fun F/X II, Inc., et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

John Sullivan, Esquire
Plunkett Cooney, P.C.
221 N. LaSalle St.
Suite 1550
Chicago, IL 60601

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Heather Love | 101.00 | Pages | 308.05 |
| Exhibits | 117.00 | Pages | 46.80 |
| Processing Fee | 1.00 | | 40.00 |
| | **TOTAL DUE  >>>** | | **$394.85** |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:   1048289     Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

John Sullivan, Esquire
Plunkett Cooney, P.C.
221 N. LaSalle St.
Suite 1550
Chicago, IL 60601

Invoice No.    : 400281
Invoice Date  : 4/23/2021
**Total Due**     : **$394.85**

Remit To:  **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No.     : 357022
BU ID       : 29-CHI-R
Case No.   : 3:20-cv-76-DRL-MGG
Case Name : Frankenmuth Mutual Insurance Company -v
            - Fun F/X II, Inc., et al.

PLUNKETT COONEY

ATTORNEYS & COUNSELORS AT LAW

PNC Bank, N.A.   070
56-389/412

IN 200002151

201 N. Illinois St, 16th Floor
Indianapolis, IN 46204

DATE

AMOUNT

6/4/2021

*****************$180.00

PAY One hundred eighty and 00/100  Dollars

Req PLUNKETT COONEY, CLIENT EXPENSE ACCOUNT Vendor 02940
(2) SIGNATURES REQUIRED OVER $5000.00

TO THE
ORDER
OF     **Indiana Supreme Court**

MP

MP

AUTHORIZED SIGNATURE

DOCUMENT CONTAINS CUSTOMER'S LOGO ON BACK - HOLD AT AN ANGLE TO VIEW

⑈ 200002151⑈ ⑆041203895⑆ 424572448 6⑈

---

PLUNKETT COONEY          201 N. Illinois St, 16th Floor • Indianapolis, IN 46204          IN  200002151

**PLUNKETT COONEY**        6/4/2021          **REQ: 563313**                    **Check Number:**        200002151
**1053**
**03190.93584**     **6/4/2021**          **02940**                                              $180.00

Temporary Admission Fee for Pro Hac Vice.

**Check Total:**        $180.00

---

PLUNKETT COONEY          201 N. Illinois St, 16th Floor • Indianapolis, IN 46204          IN  200002151

# I N V O I C E

1 of 1

Associated Reporting, Inc.
251 East Ohio Street
Suite 940
Indianapolis, IN 46204
T: 317-631-0940  F: 317-231-6601

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116098 | 8/24/2021 | 78331 |

| Job Date | Case No. | |
|---|---|---|
| 8/18/2021 | 71D07-2008-PL-000262 | |

| Case Name | | |
|---|---|---|
| Victor C. Cao, et al. vs. The City of South Bend, Indiana, et al. | | |

| Payment Terms |
|---|
| Net 30 |

John F. Sullivan
Plunkett Cooney
221 North LaSalle Street
Suite 3500
Chicago, IL 60601

1 CERTIFIED COPY OF TRANSCRIPT OF:

Scott Horvath

236.51

**TOTAL DUE  >>>**                **$236.51**

AFTER 9/23/2021  PAY                $248.34

**Tax ID:** 35-1636161

*Please detach bottom portion and return with payment.*

John F. Sullivan
Plunkett Cooney
221 North LaSalle Street
Suite 3500
Chicago, IL 60601

Invoice No.   : 116098
Invoice Date  : 8/24/2021
**Total Due**    : **$236.51**
AFTER 9/23/2021  PAY  $248.34

Remit To:  Associated **Reporting, Inc.**
251 East Ohio Street
Suite 940
Indianapolis, **IN 46204**

Job No.      : 78331
BU ID        : 1-MAIN
Case No.     : 71D07-2008-PL-000262
Case Name    : Victor C. Cao, et al. vs. The City of South
               Bend, Indiana, et al.



# ESQUIRE
DEPOSITION SOLUTIONS

*Invoice*  **INV2033252**

1500 Centre Pkwy
Suite 100
Atlanta GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 10/13/2021 |
| **Terms** | Net 30 |
| **Due Date** | 11/12/2021 |

| | |
|---|---|
| **Client Number** | C822423 |
| **Esquire Office** | Chicago |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client Claim/Matter #** | 03190.93584 |
| **Date of Loss** | |

**Bill To**
Plunkett & Cooney - Chicago
221 North LaSalle Street
Suite 3500
Chicago IL 60601

**Services Provided For**
Plunkett & Cooney - Chicago
Sullivan, John F
201 Illinois Street
Suite 1600
Indianapolis IN 46204

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/29/2021 | J7407072 | Tampa, FLORIDA | VICTOR CAO VS. LEGACY FIRE PROTECTION |

| Description | Deponent | Qty | Unit Price | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE: FIRST HOUR | Brandon Bumpus | 1 | 105.00 | | 105.00 |
| APP FEE: ADDITIONAL HOURS | Brandon Bumpus | 1 | 70.00 | | 70.00 |
| TRANSCRIPT - O&1-VID-VC-WI | Brandon Bumpus | 80 | 4.95 | | 396.00 |
| CONDENSED TRANSCRIPT | Brandon Bumpus | 1 | 20.00 | | 20.00 |
| EXHIBITS W/TABS | Brandon Bumpus | 61 | 0.60 | | 36.60 |
| EXHIBITS COLOR | Brandon Bumpus | 4 | 1.25 | | 5.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Brandon Bumpus | 1 | 35.00 | | 35.00 |
| REMOTE VIDEO CONFERENCING - ZOOM | Brandon Bumpus | 1 | 0.00 | | 0.00 |
| PROCESSING & COMPLIANCE | Brandon Bumpus | 1 | 30.00 | | 30.00 |

*Representing Client: Plunkett & Cooney - Detroit : Plunkett & Cooney - Chicago*

| | |
|---|---|
| **Subtotal** | 697.60 |
| **Shipping Cost (FedEx)** | 35.50 |
| **Total** | 733.10 |
| **Amount Due** | $733.10 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

---

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Plunkett & Cooney - Chicago |
| **Client #** | C822423 |
| **Invoice #** | INV2033252 |
| **Invoice Date** | 10/13/2021 |
| **Due Date** | 11/12/2021 |
| **Amount Due** | $ 733.10 |



# ESQUIRE
### DEPOSITION SOLUTIONS

*Invoice* INV2033359

| | | | |
|---|---|---|---|
| 1500 Centre Pkwy | **Date** | 10/13/2021 | **Client Number** C822423 |
| Suite 100 | **Terms** | Net 30 | **Esquire Office** Chicago |
| Atlanta GA 30344 | **Due Date** | 11/12/2021 | **Proceeding Type** Deposition |
| 888-486-4044 | | | **Name of Insured** |
| www.esquiresolutions.com | | | **Adjuster** |
| Tax ID # 45-3463120 | | | **Firm Matter/File #** |
| | | | **Client Claim/Matter #** 03190.93584 |
| | | | **Date of Loss** |

**Bill To**
Plunkett & Cooney - Chicago
221 North LaSalle Street
Suite 3500
Chicago IL 60601

**Services Provided For**
Plunkett & Cooney - Chicago
Sullivan, John F
201 Illinois Street
Suite 1600
Indianapolis IN 46204

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/29/2021 | J7400655 | South Bend, INDIANA | VICTOR CAO VS. LEGACY FIRE PROTECTION |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE: FIRST HOUR | Robert Krizmanich | 1 | 75.00 | | 75.00 |
| APP FEE: ADDITIONAL HOURS | Robert Krizmanich | 1 | 75.00 | | 75.00 |
| TRANSCRIPT - O&1-VID-VC-WI | Robert Krizmanich | 59 | 5.85 | | 345.15 |
| CONDENSED TRANSCRIPT | Robert Krizmanich | 1 | 25.00 | | 25.00 |
| EXHIBITS W/TABS | Robert Krizmanich | 2 | 0.60 | | 1.20 |
| E- EXHIBITS COLOR ORIG | Robert Krizmanich | 8 | 0.60 | | 4.80 |
| REMOTE VIDEO CONFERENCING - ZOOM | Robert Krizmanich | 1 | 0.00 | | 0.00 |
| PROCESSING & COMPLIANCE | Robert Krizmanich | 1 | 50.00 | | 50.00 |

*Representing Client: Plunkett & Cooney - Detroit : Plunkett & Cooney - Chicago*

| | |
|---|---|
| **Subtotal** | 576.15 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | 576.15 |
| **Amount Due** | $576.15 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Plunkett & Cooney - Chicago |
| **Client #** | C822423 |
| **Invoice #** | INV2033359 |
| **Invoice Date** | 10/13/2021 |
| **Due Date** | 11/12/2021 |
| **Amount Due** | $ 576.15 |



**ESQUIRE**
DEPOSITION SOLUTIONS

*Invoice INV2046114*

1500 Centre Pkwy
Suite 100
Atlanta GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 10/29/2021 |
| **Terms** | Net 30 |
| **Due Date** | 11/28/2021 |

| | |
|---|---|
| **Client Number** | C822423 |
| **Esquire Office** | Chicago |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client Claim/Matter #** | 03190.93584 |
| **Date of Loss** | |

*OK to Pay JFS*
*Approved by Matt*
*Zielke 9/29/21*

**Bill To**
Plunkett & Cooney - Chicago
221 North LaSalle Street
Suite 3500
Chicago IL 60601

**Services Provided For**
Plunkett & Cooney - Chicago
Sullivan, John F
201 Illinois Street
Suite 1600
Indianapolis IN 46204

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/29/2021 | J7407072 | Tampa, FLORIDA | VICTOR CAO VS. LEGACY FIRE PROTECTION |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| REMOTE VIDEO HOURLY | Brandon Bumpus | 2 | 125.00 | | 250.00 |
| SYNCHRONIZED VIDEO-SAN-SUM-T/C MAP-TD | Brandon Bumpus | 1.5 | 35.00 | | 52.50 |
| HANDLING FEE | Brandon Bumpus | 1 | 20.00 | | 20.00 |

*Representing Client: Plunkett & Cooney - Detroit : Plunkett & Cooney - Chicago*

| | |
|---|---|
| **Subtotal** | 322.50 |
| **Shipping Cost (FedEx)** | 35.50 |
| **Total** | 358.00 |
| **Amount Due** | $358.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Plunkett & Cooney - Chicago |
| **Client #** | C822423 |
| **Invoice #** | INV2046114 |
| **Invoice Date** | 10/29/2021 |
| **Due Date** | 11/28/2021 |
| **Amount Due** | $ 358.00 |



**Invoice INV2046117**

1500 Centre Pkwy
Suite 100
Atlanta GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| Date | 10/29/2021 |
| Terms | Net 30 |
| Due Date | 11/28/2021 |

| | |
|---|---|
| Client Number | C822423 |
| Esquire Office | Chicago |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | 03190.93584 |
| Date of Loss | |

*OK to Pay JES.*
*Approved by Matt*
*Zielke (?) FMIC*
*9/29/21*

**Bill To**
Plunkett & Cooney - Chicago
221 North LaSalle Street
Suite 3500
Chicago IL 60601

**Services Provided For**
Plunkett & Cooney - Chicago
Sullivan, John F
201 Illinois Street
Suite 1600
Indianapolis IN 46204

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/29/2021 | J7400655 | South Bend, INDIANA | VICTOR CAO VS. LEGACY FIRE PROTECTION |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| REMOTE VIDEO HOURLY | Robert Krizmanich | 2 | 125.00 | | 250.00 |
| SYNCHRONIZED VIDEO-SAN-SUM-T/C MAP-TD | Robert Krizmanich | 1 | 35.00 | | 35.00 |
| HANDLING FEE | Robert Krizmanich | 1 | 20.00 | | 20.00 |

*Representing Client: Plunkett & Cooney - Detroit : Plunkett & Cooney - Chicago*

| | |
|---|---|
| Subtotal | 305.00 |
| Shipping Cost (FedEx) | 0.00 |
| Total | 305.00 |
| Amount Due | $305.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

---

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| Client Name | Plunkett & Cooney - Chicago |
| Client # | C822423 |
| Invoice # | INV2046117 |
| Invoice Date | 10/29/2021 |
| Due Date | 11/28/2021 |
| Amount Due | $ 305.00 |



# ESQUIRE
DEPOSITION SOLUTIONS

1500 Centre Pkwy
Suite 100
Atlanta GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

***Invoice INV2054160***

| | |
|---|---|
| **Date** 11/9/2021 | **Client Number** C822423 |
| **Terms** Net 30 | **Esquire Office** Chicago |
| **Due Date** 12/9/2021 | **Proceeding Type** Deposition |
| | **Name of Insured** |
| | **Adjuster** |
| | **Firm Matter/File #** |
| | **Client Claim/Matter #** 03190.93584 |
| | **Date of Loss** |

**Bill To**
Plunkett & Cooney - Chicago
221 North LaSalle Street
Suite 3500
Chicago IL 60601

**Services Provided For**
Plunkett & Cooney - Chicago
Sullivan, John F
221 North LaSalle Street
Suite 3500
Chicago IL 60601

*Ok to pay JFS
11/16/21. Approved
by Matt Zielke*

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 11/2/2021 | J7495741 | South Bend, INDIANA | VICTOR CAO VS. LEGACY FIRE PROTECTION |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| REMOTE VIDEO HOURLY | Victor Cao | 5 | 125.00 | | 625.00 |

*Representing Client: Plunkett & Cooney - Detroit : Plunkett & Cooney - Chicago*

| | |
|---|---|
| **Subtotal** | 625.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | 625.00 |
| **Amount Due** | $625.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

## www.esquireconnect.com

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Plunkett & Cooney - Chicago |
| **Client #** | C822423 |
| **Invoice #** | INV2054160 |
| **Invoice Date** | 11/9/2021 |
| **Due Date** | 12/9/2021 |
| **Amount Due** | $ 625.00 |



**ESQUIRE**
DEPOSITION SOLUTIONS

*Invoice INV2054105*

1500 Centre Pkwy
Suite 100
Atlanta GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 11/9/2021 | **Client Number** | C822423 |
| **Terms** | Net 30 | **Esquire Office** | Chicago |
| **Due Date** | 12/9/2021 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client Claim/Matter #** | 03190.93584 |
| | | **Date of Loss** | |

**Bill To**
Plunkett & Cooney - Chicago
221 North LaSalle Street
Suite 3500
Chicago IL 60601

**Services Provided For**
Plunkett & Cooney - Chicago
Sullivan, John F
221 North LaSalle Street
Suite 3500
Chicago IL 60601

*OK to Pay, JFS 11/16/21, Approved by Matt Zielke*

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 11/2/2021 | J7495741 | South Bend, INDIANA | VICTOR CAO VS. LEGACY FIRE PROTECTION |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE: FIRST HOUR | Victor Cao | 1 | 75.00 | | 75.00 |
| APP FEE: ADDITIONAL HOURS | Victor Cao | 3.5 | 75.00 | | 262.50 |
| TRANSCRIPT - O&1-VID-VC-WI | Victor Cao | 177 | 5.85 | | 1,035.45 |
| 6 DAY EXPEDITE | Victor Cao | | | | 517.73 |
| E-EXHIBITS B&W ORIG | Victor Cao | 38 | 0.60 | | 22.80 |
| CONDENSED TRANSCRIPT | Victor Cao | 1 | 25.00 | | 25.00 |
| PROCESSING & COMPLIANCE | Victor Cao | 1 | 50.00 | | 50.00 |
| REMOTE VIDEO CONFERENCING - ZOOM | Victor Cao | 1 | 0.00 | | 0.00 |
| E- EXHIBITS COLOR ORIG | Victor Cao | 23 | 0.60 | | 13.80 |

*Representing Client: Plunkett & Cooney - Detroit : Plunkett & Cooney - Chicago*

| | |
|---|---|
| **Subtotal** | 2,002.28 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | 2,002.28 |
| **Amount Due** | $2,002.28 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

---

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Plunkett & Cooney - Chicago |
| **Client #** | C822423 |
| **Invoice #** | INV2054105 |
| **Invoice Date** | 11/9/2021 |
| **Due Date** | 12/9/2021 |
| **Amount Due** | $ 2,002.28 |

# INVOICE

1 of 1

# StewartRichardson

## DEPOSITION SERVICES

800.869.0873   www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 254862 | 11/17/2021 | 167138 |
| Job Date | Case No. | |
| 11/12/2021 | 71D07-2008-PL-000262 | |
| Case Name | | |
| Victor C. Cao, Fun F/X II, Inc., et al. v. The City of South Bend, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |



John F. Sullivan
PLUNKETT COONEY, P.C.
221 N. LaSalle St.
Suite 3500
Chicago, IL 60601

1 CERTIFIED COPY OF TRANSCRIPT OF:
Victor C. Cao, Volume II

1,050.53

**TOTAL DUE   >>>**                                                      **$1,050.53**

AFTER 12/17/2021  PAY                                      $1,103.06

Thanks for choosing local! If you would like to make a payment over the phone, please call us at 317-237-3773. Anyone who answers will be able to assist.

To make a payment online please go to this link: https://swipesimple.com/links/lnk_f7813640

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

John F. Sullivan
PLUNKETT COONEY, P.C.
221 N. LaSalle St.
Suite 3500
Chicago, IL 60601

| | | | | |
|---|---|---|---|---|
| Job No. | : 167138 | BU ID | : SRA | |
| Case No. | : 71D07-2008-PL-000262 | | | |
| Case Name | : Victor C. Cao, Fun F/X II, Inc., et al. v. The City of South Bend, et al. | | | |
| Invoice No. | : 254862 | | Invoice Date : 11/17/2021 | |
| **Total Due** | : **$1,050.53** | | | |

AFTER 12/17/2021  PAY  $1,103.06

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **STEWART RICHARDSON DEPOSITION SERVICES**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

# INVOICE

1 of 1

## Stewart Richardson
### DEPOSITION SERVICES
800.869.0873   www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 255100 | 11/23/2021 | 167143 |
| **Job Date** | **Case No.** | |
| 11/12/2021 | 71D07-2008-PL-000262 | |
| **Case Name** | | |
| Victor C. Cao, Fun F/X II, Inc., et al. v. The City of South Bend, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*OK to Pay 03190.93584*
*Frankenmuth approval by*
John F. Sullivan       *Matt Zielke 11/12/21.*
PLUNKETT COONEY, P.C.
221 N. LaSalle St.
Suite 3500                    *JFS 11/23/21*
Chicago, IL 60601

---

VIDEO SYNC FEES:
   Victor Cao, Volume II                                                          306.25

**TOTAL DUE   >>>**                                           **$306.25**

AFTER 12/23/2021  PAY                        $321.56

Thanks for choosing local! If you would like to make a payment over the phone, please call us at 317-237-3773. Anyone who answers will be able to assist.

To make a payment online please go to this link: https://swipesimple.com/links/lnk_f7813640

---

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

John F. Sullivan
PLUNKETT COONEY, P.C.
221 N. LaSalle St.
Suite 3500
Chicago, IL 60601

Job No.   : 167143       BU ID     :ZOOM VIDEO
Case No.   : 71D07-2008-PL-000262
Case Name : Victor C. Cao, Fun F/X II, Inc., et al. v. The City
          of South Bend, et al.
Invoice No. : 255100      Invoice Date : 11/23/2021
**Total Due**  :**$306.25**

AFTER 12/23/2021  PAY  $321.56

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:        Phone#: | | | |
| Billing Address: | | | |
| Zip:     Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **STEWART RICHARDSON DEPOSITION**
         **SERVICES**
         **One Indiana Square, Suite 2425**
         **211 N. Pennsylvania**
         **Indianapolis, IN 46204**