UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| FRANKENMUTH MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:20-cv-76-DRL-MGG |
| vs. | ) ) | |
| FUN F/X II, INC. and CAO ENTERPRISES II, LLC, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Defendants, Fun F/X II, Inc. and Cao Enterprises II, LLC (collectively referred to as "Fun F/X"), by their undersigned attorneys, appeal to the United States District Court of the Seventh Circuit from this Court's final judgment, entered on April 29, 2022, in favor of Plaintiff, Frankenmuth Mutual Insurance Company [D.E. 64]. The final judgment incorporates this Court's Memorandum Opinion and Order entered on April 29, 2022, granting Plaintiff's motion for summary judgment and denying Fun F/X's motion for summary judgment [D.E. 63].

Dated: May 25, 2022

/s/ Edward Eshoo, Jr
Edward Eshoo, Jr.
Christina M. Phillips
Merlin Law Group
181 West Madison, Suite 3475
Chicago, Illinois 60602
Telephone: (312) 260-0806
Facsimile: (312) 260-0808
eeshoo@merlinlawgroup.com
cphillips@merlinlawgroup.com
*Attorneys for Defendants*