# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 26, 2022

**To:** Gary T. Bell
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 22-1933
>
> Caption:
> FRANKENMUTH MUTUAL INSURANCE COMPANY,
>   Plaintiff - Appellee
>
> v.
>
> FUN F/X II, INC. and CAO ENTERPRISES II, LLC,
>   Defendants - Appellants
>
> District Court No: 3:20-cv-00076-DRL
> District Judge Damon R. Leichty
> Clerk/Agency Rep Gary T. Bell
>
> Date NOA filed in District Court: 05/25/2022

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)