# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604



June 23, 2022

*Before:*

**Michael Y. Scudder**, *Circuit Judge*
**Thomas L. Kirsch II**, *Circuit Judge*
**Candace Jackson-Akiwumi**, *Circuit Judge*

| | |
|---|---|
| FRANKENMUTH MUTUAL INSURANCE COMPANY, | ] Appeal from the United ] States District Court for |
| Plaintiff-Appellee, | ] the Northern District ] of Indiana, South Bend |
| No. 22-1933             v. | ] Division. ] |
| FUN F/X II, INC. and CAO ENTERPRISES II, LLC, | ] No. 3:20-cv-00076-DRL ] |
| Defendants-Appellants. | ] Damon R. Leichty, ]       Judge. |

O R D E R

On consideration of the papers filed in this appeal and review of the short record,

IT IS ORDERED that this appeal is REMANDED to the district court to enter a judgment that fully and completely implements its decision, declaring specifically and separately the respective rights of the parties.  *See* Fed. R. Civ. P. 60(a); Fed. R. App. P. 12.1.  Once the district court has done so, this appeal will proceed to briefing.  An amended notice of appeal is unnecessary; the original appeal will come into force once a proper judgment has been entered.  *See* Fed. R. App. P. 4(a)(2); *cf. Philadelphia Indemnity Ins. Co. v. The Chicago Trust Co.*, 930 F.3d 910, 912 (7th Cir. 2019).

IT IS FURTHER ORDERED that appellant inform the court, no later than July 8, 2022, whether the district court has entered its amended judgment.