UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FRANKENMUTH MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FUN F/X II, INC. and CAO ENTERPRISES II, LLC,<br><br>Defendants. | CAUSE NO. 3:20-CV-76 DRL |

AMENDED JUDGMENT

The court ENTERS final judgment in favor of Frankenmuth Mutual Insurance Company on its complaint and against Fun F/X II, Inc. and Cao Enterprises II, LLC on their counterclaim and DECLARES that Frankenmuth Mutual Insurance Company has no obligation to provide insurance coverage to Fun F/X II, Inc. or Cao Enterprises II, LLC, under Commercial Package Policy No. CPP6617591, for losses or damage relating to a July 26, 2019 fire at 1000 West Sample Street, South Bend, Indiana. This action was decided by the court on crossmotions for summary judgment [ECF 63].

SO ORDERED.

June 27, 2022                               *s/ Damon R. Leichty*
                                            Judge, United States District Court