AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

FRANKENMUTH MUTUAL INSURANCE COMPANY
    Plaintiff

             v.                  Civil Action No. 3:20-cv-76

FUN F/X II, INC.

CAO ENTERPRISES II, LLC
    Defendant(s)

CAO ENTERPRISES II, LLC

FUN F/X II, INC.
    Counter Claimant(s)

            v.

FRANKENMUTH MUTUAL INSURANCE COMPANY
    Counter Defendant

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____ , plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other:  JUDGMENT IS ENTERED in favor of Frankenmuth Mutual Insurance Company on its complaint and against Fun F/X II, Inc. and Cao Enterprises II, LLC on their counterclaim and DECLARES that Frankenmuth Mutual Insurance Company has no obligation to provide insurance coverage to Fun F/X II, Inc. or Cao Enterprises II, Inc, under Commercial Package Policy No. CPP6617591, for losses or damage relating to a July 26, 2019 fire at 1000 West Sample Street, South Bend, Indiana.

This action was (*check one*):

☐ tried to a jury with Judge _____

presiding, and the jury has rendered a verdict.

☐ tried by Judge _____

without a jury and the above decision was reached.

**X** decided by  Judge Damon R. Leichty   on Cross-motions for Summary Judgment

DATE:   6/27/2022                         GARY T. BELL, CLERK OF COURT

                                          by      s/S. Kowalsky
                                             *Signature of Clerk or Deputy Clerk*