**UNITED STATES DISTRICT COURT
FOR THE USDC Northern Indiana
SOUTH BEND DIVISION**

Frankenmuth Mutual Insurance Company
                                       Plaintiff,

v.                                              Case No.: 3:20–cv–00076–DRL
                                                   Judge Damon R Leichty

Fun F/X II, Inc., et al.
                                       Defendant.

## NOTICE OF COSTS TAXED

    TO ALL COUNSEL AND/OR PARTIES OF RECORD:

    Pursuant to [66] Notice that Costs will be Taxed by Clerk , Costs are hereby taxed in the amount of $8,160.76 against Fun F/X II, Inc. .

Date:  July 18, 2022                  GARY T. BELL, CLERK

                                              By:  s/  Michele Murray
                                                    Deputy Clerk